NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CERNER CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**VISICU, INC.,**
*Defendant-Cross Appellant.*

---

2011-1209, -1210

---

Appeal from the United States District Court for the Western District of Missouri in No. 04-CV-1033, Judge Gary A. Fenner.

---

**JUDGMENT**

---

BART A. STARR, Shook, Hardy & Bacon, L.L.P., of Kansas City, Missouri, argued for plaintiff-appellant. With him on the brief were B. TRENT WEBB, JONATHAN N. ZERGER and RYAN D. DYKAL.

WILLIAM K. WEST, JR., Pillsbury Winthrop Shaw Pittman LLP, of Washington, DC, argued for defendant-cross appellant. Of counsel on the brief were ALAN M. GRIMALDI, BRIAN A. ROSENTHAL and ROBERT E. MCBRIDE, Mayer Brown, LLP, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>March 15, 2012</u>　　　　　　<u>　　/s/ Jan Horbaly　　　</u>
Date　　　　　　　　　　　　Jan Horbaly
　　　　　　　　　　　　　　Clerk